[No. 62463-6-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA
DAVENPORT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-07002-4, John P. Erlick, J., entered Sep-
tember 19, 2008. *Affirmed* by unpublished opinion per Lau,
J., concurred in by Becker and Ellington, JJ.

[No. 62611-6-I.   Division One.   November 23, 2009.]

*In the Matter of the Marriage of* DAVID VAN ZILE,
*Respondent*, and VICTORIA VAN ZILE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-3-03390-8, James A. Doerty, J., entered
October 21, 2008. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Grosse, J., concurred
in by Schindler, C.J., and Becker, J.

[No. 62629-9-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY MATTHEW
McLEOD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-00417-1, Catherine D. Shaffer, J., entered
November 3, 2008. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Appelwick and Leach, JJ.

[No. 63825-4-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EUGENE
ONG, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 05-1-00230-1, George L. Wood, J., entered
May 8, 2008. *Reversed* by unpublished opinion per Leach,
J., concurred in by Grosse and Appelwick, JJ.